John Kane and Ella Murphy, appellees, v. William Henry Hudson et al., appellants. Gen. No. 6,637.

Decree allowing solicitors' fee of $1,000 to be taxed as costs in partition proceeding. Appeal from the Circuit Court of Iroquois

county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 4, 1919.

J. W. Kern and C. G. Hirschi, for appellants. Wendell P. Kay, O. F. Morgan and L. P. Day, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.